IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEVI STRAUSS & CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHEN ANTUO, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 15-cv-11062 <br><br> **Judge Joan B. Gottschall** <br><br> **Magistrate Judge Daniel Martin** |

## SEALED TEMPORARY RESTRAINING ORDER

THIS CAUSE being before the Court on Plaintiffs Levi Strauss & Co.'s ("Plaintiff" or "LS&Co.") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, Expedited Discovery, and Service of Process by E-mail and/or Electronic Publication (the "Ex Parte Motion") against the defendants identified in Schedule A to the Amended Complaint and attached hereto (collectively, the "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplace Accounts"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Ex Parte Motion in its entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents

1

can purchase products bearing counterfeit versions of the LEVI'S Trademarks (a list of which is included in the below chart).

| Registration Number | Trademark | Registration Date | Goods and Services |
|---|---|---|---|
| 223,725 | | February 8, 1927 | For: Overalls in class 025 |
| 250,265 | LEVI'S | December 4, 1928 | For: Jeans in class 025 |
| 356,701 | | May 10, 1938 | For: pants of the patch-pocket type worn by men, women and children in class 025 |
| 404,248 | | November 16, 1943 | For: Waistband type overalls in class 025 |
| 516,561 | | October 18, 1949 | For: Men's, women's and children's jeans and jackets in class 025 |
| 523,665 | | April 11, 1950 | For: Men's, women's, boys', and girls' trousers in class 025 |

| | | | |
|---|---|---|---|
| 577,490 | | July 21, 1953 | For: Jeans in class 025 |
| 581,610 | LEVI'S | October 27, 1953 | For: Men's, women's and children's overalls, jackets, outer shirts, slacks, and pants; skirts in classes 010, 025, 026 |
| 720,376 | | August 22, 1961 | For: Pants in classes 010, 025, 026 |
| 774,625 | | August 4, 1964 | For: Garments, Particularly Trousers in class 025 |
| 775,412 | | August 18, 1964 | For: Garments, Particularly Trousers in class 025 |
| 849,437 | Levi's | May 21, 1968 | For: Trousers, jackets, shorts, shirts, skirts in classes 010, 025, 026 |
| 928,351 | LEVI STRAUSS & CO. S.F. CAL | February 1, 1972 | For: Men's, women's and children's pants, jackets in classes 010, 025, 026 |
| 1,030,033 | LEVI STRAUSS & CO. ORIGINAL RIVETED QUALITY CLOTHING XX | January 13, 1976 | For: Wallets in class 018 |

3

| 1,044,246 | [horse logo] | July 20, 1976 | For: Shoes in class 025 |
|---|---|---|---|
| 1,095,986 | LEVI STRAUSS & CO. ORIGINAL RIVETED QUALITY CLOTHING XX [logo] | July 11, 1978 | For: Luggage-namely, back packs, shoulder bags, and purses in class 018<br><br>For: Caps in class 025 |
| 1,124,018 | LEVI'S | August 14, 1979 | For: Purses, denim shopping bags, back packs, duffle bags, briefcase portfolios, key cases and wallets in class 018<br><br>For: Belts, hats, caps, visors, and shoes in class 025 |
| 1,130,486 | LEVI'S | February 5, 1980 | For: Socks in class 025 |
| 1,135,196 | [pocket tab design] | May 13, 1980 | For: Garments-namely, pants in class 025 |
| 1,139,254 | [pocket arcuate design] | September 2, 1980 | For: Pants, jackets, skirts, and shorts in class 025 |
| 1,140,011 | LEVI'S | September 30, 1980 | For: Garments, namely, pants, shirts, and shorts in class 025 |
| 1,140,853 | LEVI STRAUSS & CO. ORIGINAL RIVETED QUALITY CLOTHING XX [logo] | October 28, 1980 | For: Garments-Namely, Pants, Jackets, Overalls and Shoes in class 025 |
| 1,157,306 | [design] | June 9, 1981 | For: Key Cases, Wallets, and Luggage in class 018 |

| | | | |
|---|---|---|---|
| 1,157,769 | | June 16, 1981 | For: Trousers in class 025 |
| 1,313,554 | 505 | January 8, 1985 | For: Pants in class 025 |
| 1,319,462 | 517 | February 12, 1985 | For: Pants in class 025 |
| 1,381,510 | | February 4, 1986 | For: Pants in class 025 |
| 1,552,985 | 501 | August 22, 1989 | For: Jeans in class 025 |
| 2,320,789 | | February 22, 2000 | For: Clothing, namely, men's, women's and children's pants, slacks, trousers, jeans, shorts, overalls, shirts, t-shirts, vests, skirts, jackets, coats, sweaters, sweatshirts, hats and shoes in class 025 |
| 2,503,976 | 569 | November 6, 2001 | For: jeans and pants in class 025 |
| 2,726,253 | | June 17, 2003 | For: Clothing, namely, shirts in class 025 |
| 2,791,156 | | December 9, 2003 | For: Pants, jeans, shorts, skirts and jackets in class 025 |
| 2,794,649 | | December 16, 2003 | For: Pants, jeans, shorts, shirts, t-shirts, blouses, skirts, and jackets in class 025 |
| 3,938,013 | 201 | March 29, 2011 | For: Jeans in class 025 |

5

| | | | |
|---|---|---|---|
| 3,997,020 | | July 19, 2011 | For: Jeans in class 025 |
| 4,053,137 | 550 | November 8, 2011 | For: Jeans; pants; shorts in class 025 |
| 4,576,208 | | July 29, 2014 | For: Jackets; jeans; pants; t-shirts; vests in class 025 |
| 4,660,979 | LEVI'S | December 23, 2014 | For: Underwear in class 025 |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Zachary Toczynski, paragraphs 22-28, and the Declaration of Justin R. Gaudio, paragraphs 5-9, and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including PayPal accounts, to offshore accounts. *Id.* As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

6

a. using the LEVI'S Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LEVI'S® brand product or not authorized by LS&Co. to be sold in connection with the LEVI'S Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LEVI'S® brand product or any other product produced by LS&Co., that is not LS&Co.'s or not produced under the authorization, control or supervision of LS&Co. and approved by LS&Co. for sale under the LEVI'S Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of LS&Co., or are sponsored by, approved by, or otherwise connected with LS&Co.;

d. further infringing the LEVI'S Trademarks and damaging LS&Co.'s goodwill;

e. otherwise competing unfairly with LS&Co. in any manner;

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for LS&Co., nor authorized by LS&Co. to be sold or offered for sale, and which bear any LS&Co. trademarks, including the LEVI'S Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof;

g. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other

       domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Levi's Products; and

  h. operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the LEVI'S Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine LEVI'S® brand product or not authorized by LS&Co. to be sold in connection with the LEVI'S Trademarks.

2. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon LS&Co. a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including all PayPal accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through h, above.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall, at LS&Co.'s choosing:

  a. unlock and change the registrar of record for the Defendant Domain Names to a registrar of LS&Co.'s selection until further ordered by this Court, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of LS&Co.'s selection until further ordered by this Court; or

  b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

4. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as iOffer and domain name registrars, shall within three (3) business days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defendants, currently or in the future, engage in the sale of goods using the LEVI'S Trademarks, including, but not limited to, any accounts associated with the Defendants listed on Schedule A; and

   b. disable any account linked to Defendants, linked to any e-mail addresses used by Defendants, or linked to any Defendant Domain Names.

5. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to LS&Co. expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

9

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c. Defendants' websites and/or any Online Marketplace Accounts;

d. the Defendant Domain Names or any domain name registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail

addresses identified in Exhibits 2 and 3 to the Declaration of Zachary Toczynski and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within two (2) business days of receipt of this Order:

a. locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Zachary Toczynski and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. LS&Co. may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to LS&Co.'s control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Zachary Toczynski and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of Court is directed to issue a single original summons in the name of

11

"Chen Antuo and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. Plaintiff's Amended Complaint [xx], Schedule A to the Complaint and Amended Complaint [xx,xx], Exhibits 2 and 3 to the Declaration of Zachary Toczynski [xx], and this Order shall remain sealed until furthered ordered by this Court.

11. LS&Co. shall deposit with the Court Ten Thousand Dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

12. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to LS&Co. or on shorter notice as set by this Court.

13. This Temporary Restraining Order without notice is entered at 3 P.M. on this 10th day of December 2015 and shall remain in effect for fourteen (14) days.

_____
U.S. District Court Judge Joan B. Gottschall

LEVI STRAUSS & CO. v. CHEN ANTUO, et al., - Case No. 15-cv-11062

# Schedule A

## Defendants

| No. | Name / Alias |
|---|---|
| 1 | chen antuo |
| 2 | soleyeezy.com |
| 3 | yifei liu |
| 4 | gift-xmas.com |
| 5 | Ronny Aludau |
| 6 | ke yingwen |
| 7 | jeff |
| 8 | Quinton Pruitt |
| 9 | Wanita D. Watts |
| 10 | Chengdu E-Meng Trading Co., Ltd. |
| 11 | Foshan Lanzhu Angedi Apparel Co., Ltd |
| 12 | Haicheng Huade Garment Produce Co., Ltd. |
| 13 | Jiangxi Brilliantex Industries Co., Ltd |
| 14 | karena's shop |
| 15 | Nanchang Jingchao Garment Co., Ltd |
| 16 | Nanchang Yatai Industrial Co., Ltd |
| 17 | Shenzhen Baoan District Shiyan Match Head Garment Factory |
| 18 | Shenzhen Yali Clothing Co., Ltd. |
| 19 | Yiwu Feiwang Ecommerce Firm |
| 20 | Yiwu Lifeng Arts & Crafts Co., Ltd. |
| 21 | 2015 wholesale shop |
| 22 | 82 land children's garment store |
| 23 | Beautiful future |
| 24 | Best Tempo |
| 25 | Betterservice Tech Co.,ltd |
| 26 | Charm Station |
| 27 | Chinese Beauty Style |
| 28 | cn1513223017 |
| 29 | Coral Island |
| 30 | DK Jeans |
| 31 | Dream Passionately |
| 32 | Dress Decorated Childhood Dreams |
| 33 | Drop Shipping Mall |

| | |
|---|---|
| 34 | E-Top TradeMall |
| 35 | FASHION GIRL ATELIER |
| 36 | Fashionlady886 |
| 37 | First Tribe |
| 38 | Forest Queen Wedding Dress |
| 39 | good tomorrow |
| 40 | Goodgame Fashion |
| 41 | Guangzhou Junxin Garment Co., Ltd. |
| 42 | HengSheng Apparel Co.,Ltd |
| 43 | Jean's classic clothes |
| 44 | Lucian and his friends's Store |
| 45 | luobo---fu |
| 46 | Man's choice188 |
| 47 | Men and women's fashion brand |
| 48 | Men's fashion brand clothing |
| 49 | Men's Fashion Paradise |
| 50 | OKU trade co., LTD |
| 51 | online store 217233 |
| 52 | Paul's store for men |
| 53 | RB Shop |
| 54 | S.Queen2 |
| 55 | Shinning Park |
| 56 | shop Fashion Clothing |
| 57 | Super Market of Clothing |
| 58 | vanilla ice cream store |
| 59 | Virtue f fashion (jeans) |
| 60 | wangmenwaimaofushiyouxiangongsi |
| 61 | Wholesale jeans custom processing |
| 62 | yan wang shop |
| 63 | You Yue discount shop |
| 64 | professionalsellmb |
| 65 | shuntian2501 |

| Defendant Online Marketplace Accounts ||
|---|---|
| No | URL |
| 1 | emeng.en.alibaba.com |
| 2 | angedi.en.alibaba.com |
| 3 | sendyoung.en.alibaba.com |
| 4 | brilliantex.en.alibaba.com |
| 5 | aliexpress.com/store/1268180 |
| 6 | jxjcgarment.en.alibaba.com |

14

| | |
|---|---|
| 7 | ncytsy.en.alibaba.com |
| 8 | abcgarment.en.alibaba.com |
| 9 | yalishirt.en.alibaba.com |
| 10 | nekeaccessory.en.alibaba.com |
| 11 | ywlifeng.en.alibaba.com |
| 12 | aliexpress.com/store/1497624 |
| 13 | aliexpress.com/store/313321 |
| 14 | aliexpress.com/store/1817448 |
| 15 | aliexpress.com/store/513579 |
| 16 | aliexpress.com/store/422646 |
| 17 | aliexpress.com/store/1158962 |
| 18 | aliexpress.com/store/1125111 |
| 19 | aliexpress.com/store/1756964 |
| 20 | aliexpress.com/store/720014 |
| 21 | aliexpress.com/store/421810 |
| 22 | aliexpress.com/store/1737209 |
| 23 | aliexpress.com/store/825521 |
| 24 | aliexpress.com/store/1776093 |
| 25 | aliexpress.com/store/1803382 |
| 26 | aliexpress.com/store/1075353 |
| 27 | aliexpress.com/store/1782040 |
| 28 | aliexpress.com/store/1354038 |
| 29 | aliexpress.com/store/715609 |
| 30 | aliexpress.com/store/1630368 |
| 31 | aliexpress.com/store/1146301 |
| 32 | chinajean.en.alibaba.com |
| 33 | aliexpress.com/store/114881 |
| 34 | aliexpress.com/store/341969 |
| 35 | aliexpress.com/store/229669 |
| 36 | aliexpress.com/store/1157948 |
| 37 | aliexpress.com/store/1816578 |
| 38 | aliexpress.com/store/1228437 |
| 39 | aliexpress.com/store/1801948 |
| 40 | aliexpress.com/store/1722140 |
| 41 | aliexpress.com/store/430117 |
| 42 | aliexpress.com/store/217233 |
| 43 | aliexpress.com/store/1628991 |
| 44 | aliexpress.com/store/1837167 |
| 45 | aliexpress.com/store/1538024 |
| 46 | aliexpress.com/store/423692 |
| 47 | aliexpress.com/store/1166295 |

| | |
|---|---|
| 48 | aliexpress.com/store/736138 |
| 49 | aliexpress.com/store/1460994 |
| 50 | aliexpress.com/store/1029055 |
| 51 | aliexpress.com/store/1923359 |
| 52 | aliexpress.com/store/1501266 |
| 53 | aliexpress.com/store/1738051 |
| 54 | aliexpress.com/store/1898656 |
| 55 | ioffer.com/selling/professionalsellmb |
| 56 | ioffer.com/selling/shuntian2501 |

| Defendant Domain Names | |
|---|---|
| 1 | airjordan2015site.us |
| 2 | soleyeezy.com |
| 3 | soleyeezy.net |
| 4 | gift-xmas.com |
| 5 | kristina247photos.com |
| 6 | picksupercheap.com |
| 7 | tnday.org |
| 8 | tshirtsandhoodie.us |
| 9 | iphone6dekseloutlet.com |